IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN LESLIE YOUNG
ADC # 183532                                                                PLAINTIFF

v.                          No. 4:24-cv-480-DPM

DOE, Medical Staff (Head of Medical),
WellPath, Medical Staff Nurses 1 April
2024–30 April 2024; JEAVON PERRY,
Restricted Housing Sergeant, Tucker Unit,
ADC; WELLPATH MEDICAL; L.
HARRISON, Nurse Practitioner, WellPath
Medical, ADC; PHILLIP WHEAT, Inmate,
ADC #103677; ANTONIO D. JOHNSON,
JR., Building Major, Tucker Unit, ADC;
KENJON RANDLE, Deputy Warden,
Tucker Unit, ADC; TODD BALL,
Warden, Tucker Unit, ADC; MIKE
LISCOMB, Inmate, ADC #550203; JAMES
CHANEY, Inmate, ADC #151743;
JEREMIAH DUNSON, Inmate, ADC
#159376; ODOM, Lt., Isolation, Tucker
Unit, ADC; and DALE REED, Deputy
Director, ADC                                                              DEFENDANTS

ORDER

The Court adopts the unopposed recommendation, *Doc. 43*, as modified. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).

The Magistrate Judge is correct that there is a misjoinder between Young's medical claims and his many non-medical claims against a host of parties. Fed. R. Civ. P. 20. The Court could sever his non-medical claims for separate decision. If any were going forward, it would do so. Fed. R. Civ. P. 21; 7 CHARLES ALAN WRIGHT, ARTHUR R. MILLER & EDWARD H. COOPER, FEDERAL PRACTICE & PROCEDURE § 1689 (3d ed. 2025). But the Court sees no need to sever in the circumstances. It's clear that each non-medical claim fails, in some respect, to state a solid claim. And Young has not accepted the Court's offer to amend.

In contrast, Young's medical claims have some substance. But as the Magistrate Judge concluded, each fails to meet the necessary deliberate indifference and notice standards. *Hall v. Higgins*, 77 F.4th 1171, 1178-79 (8th Cir. 2023); *S.M. v. Krigbaum*, 808 F.3d 335, 340 (8th Cir. 2015).

The complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 June 2025