IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN LESLIE YOUNG
ADC # 183532                                                                                   PLAINTIFF

v.                              No. 4:24-cv-480-DPM

DOE, Medical Staff (Head of Medical),
WellPath, Medical Staff Nurses 1 April
2024–30 April 2024; JEAVON PERRY,
Restricted Housing Sergeant, Tucker Unit,
ADC; WELLPATH MEDICAL; L.
HARRISON, Nurse Practitioner, WellPath
Medical, ADC; PHILLIP WHEAT, Inmate,
ADC #103677; ANTONIO D. JOHNSON,
JR., Building Major, Tucker Unit, ADC;
KENJON RANDLE, Deputy Warden,
Tucker Unit, ADC; TODD BALL,
Warden, Tucker Unit, ADC; MIKE
LISCOMB, Inmate, ADC #550203; JAMES
CHANEY, Inmate, ADC #151743;
JEREMIAH DUNSON, Inmate, ADC
#159376; ODOM, Lt., Isolation, Tucker
Unit, ADC; and DALE REED, Deputy
Director, ADC                                                                                  DEFENDANTS

## JUDGMENT

Young's complaint is dismissed without prejudice.

*WPMarshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

27 June 2025